Homeland Security, San Francisco, CA, for Respondent

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Sofik Asoyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's determination that an alien is removable for marriage fraud, and review de novo questions of law. *Tamang v. Holder*, 598 F.3d 1083, 1088 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's determination that Asoyan is removable because she procured admission through a fraudulent marriage. *See* 8 U.S.C. §§ 1227(a)(1)(A), 1182(a)(6)(C)(i); *Nakamoto v. Ashcroft*, 363 F.3d 874, 881–82 (9th Cir. 2004) (in determining whether an alien entered into a marriage for the purpose of procuring admission into the United States, the focus of the inquiry is whether the couple intended to establish a life together at the time they were married). Contrary to Asoyan's contentions, the agency properly relied, in part, on the state court judgment granting an annulment based on fraud, and Asoyan acknowledged she had the opportunity to contest those annulment proceedings. *Nakamoto*, 363 F.3d at 883 (although the annulment itself was not dispositive, the state court's finding that consent to the marriage had been obtained by fraud was entitled to full faith and credit).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Asoyan's contention that the IJ erred in weighing the evidence presented based on her own assumptions and biases is unavailing.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jaime MORENO-CHICUELLAR, Defendant-Appellant.**

**No. 16-10223**

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 23, 2017

Erica McCallum, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Jaime Moreno-Chicuellar, Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Jaime Moreno-Chicuellar appeals from the district court's judgment and challenges his guilty-plea conviction and 18-month concurrent sentences for six counts of transportation of illegal aliens for profit, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moreno-Chicuellar's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moreno-Chicuellar the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).